THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN W. HOLLAND, Appellant.

Argued January 14, 1953; decided March 6, 1953.

*Stewart T. Schantz* for appellant.

*Frank A. Gulotta, District Attorney (Henry P. De Vine* of counsel), for respondent.

Judgments reversed and matter remitted to the County Court of Nassau County for the resentencing of defendant as a first offender for the reasons set forth in the dissenting opinion in the Appellate Division. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, FULD and FROESSEL, JJ. DYE, J., dissents and votes to affirm for the reason that the Federal conviction was for a crime which, if committed in New York State, would have constituted a felony under subdivision 1 of section 2460 of the Penal Law.